UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ODA SOILEAU, III, | * | CIVIL ACTION NO. 2:13-cv-2819 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| CAROL CAGNEY, ET AL. | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 14] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that petitioner's complaint [Doc. 1] as amended by a subsequent amendment [Doc. 10] be and hereby is **DISMISSED, WITH PREJUDICE,** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

Lake Charles, Louisiana, this ___ day of _____, 2014.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE